## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Steinhoff,<br><br>      Plaintiff,<br><br>v.<br><br>Star Tribune Media Company, LLC<br><br>      Defendant. | Case No. 13-cv-1750 (SRN/JSM)<br><br>**ORDER** |

Abbas Kazerounian, Kazerounian Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626; Joshua B. Swigart and Robert L. Hyde, Hyde & Swigart, 2221 Camino del Rio South, Suite 101, San Diego, California 92101, for Plaintiff.

Aaron D. Van Oort, Eileen M. Hunter, and Mary A. Walker, Faegre Baker Daniels LLP, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota 55402; Randy M. Lebedoff, Star Tribune, 425 Portland Avenue South, Minneapolis, Minnesota 55488, for Defendant.

SUSAN RICHARD NELSON, United States District Judge

      On April 4, 2014, Plaintiff requested leave to file a motion to reconsider this Court's March 24, 2014, Order, under Rule 115.11 of the Minnesota General Rules of Practice.  (Letter to Request Permission to File Mot. to Recons. [Doc. No. 36].)  On April 8, 2014, Defendant opposed Plaintiff's request.  (Letter to District Judge Responding to Letter to Request Permission to File Mot. to Recons. [Doc. No. 37].)

      The Court presumes that Plaintiff intended to bring her motion under this Court's Local Rule 7.1(j), because the Minnesota General Rules of Practice govern litigation in

1

state court, not federal court.[1]  This Court, however, has already entered final judgment in this case, thus rendering Rule 7.1(j) inapplicable.  (See J. in a Civil Case [Doc. No. 35].)  Accordingly, only Rule 59 (Altering or Amending a Judgment) and Rule 60 (Relief from a Judgment or Order) under the Federal Rules of Civil Procedure are available to Plaintiff for the relief she seeks.  Accordingly, Plaintiff's request is denied.

**IT IS HEREBY ORDERED** that Plaintiff's Request for Permission to File a Motion for Reconsideration [Doc. No. 36] is **DENIED**.


Dated:     April 9, 2014                          s/ Susan Richard Nelson
                                                  SUSAN RICHARD NELSON
                                                  United States District Court Judge

---

[1] This rule states:

> **Motion to Reconsider.**  Except with the court's prior permission, a party must not file a motion to reconsider.  A party must show compelling circumstances to obtain such permission.  A party who seeks permission to file a motion to reconsider must first file and serve a letter of no more than two pages requesting such permission.  A party who opposes such a request may file and serve a letter of no more than two pages in response.  This rule authorizes the parties to file those letters by ECF.

D.Minn. LR 7.1(j).